Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-776**

**Effective Date of Registration:**
May 14, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Aviator

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 23, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Billy Zebulon Norrby
  **Author Created:** 2-D artwork
  **Citizen of:** Sweden

## Copyright Claimant

**Copyright Claimant:** Billy Zebulon Norrby
Kungsholmsgatan 18, LGH 1306, Stockholm, 11227, Sweden

## Rights and Permissions

**Name:** Billy Zebulon Norrby
**Email:** billy_norrby@hotmail.com
**Address:** Kungsholmsgatan 18, LGH 1306
Stockholm 11227 Sweden

## Certification

**Name:** David Denholm
**Date:** May 14, 2025
**Applicant's Tracking Number:** BN2025051401

Page 1 of 2

