

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date:                                              Case Number:

Case Title:                                        Judge:

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

❑    Document entered in error.

❑    Document withdrawn or removed per court order of

❑    Incorrect document linked.

❑    Other:

❑    Removed per IOP30(b).


                                                   Thomas G. Bruton, Clerk

                                                   By: /s/
                                                          Deputy Clerk

Rev. 11/29/2016